

COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

| | | |
|---|---|---|
| RALPH MIRANDA, | § | No. 08-23-00270-CV |
| Appellant, | § | Appeal from the |
| v. | | 34th District Court |
| VICTOR M. DIAZ, ZENAIDA B. DIAZ, and MARINA B. DIAZ, | § | of El Paso County, Texas |
| Appellees. | | (TC# 2021DCV4287) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We affirm the portion of the trial court's judgment denying Ralph Miranda's claim to rescind the lien and regain possession of the property. We reverse the remaining portion of the trial court's judgment in which it found that the Victor M. Diaz, Zenaida B. Diaz, and Marina B. Diaz made all payments on the Tenaha Home except $1,509; its order directing the Diazes to pay that amount to Miranda; and its finding that after such payment, "nothing further will be due and owing" on the home. We further order that Appellants and Appellees each, respectively, pay one-half (1/2) the costs of this appeal. This decision shall be certified below for observance.

IT IS SO ORDERED this 22nd day of May 2025.

LISA J. SOTO, Justice

Before Rodriguez, S.J., Palafox and Soto, JJ.
Palafox, J., concurring and dissenting in part